Oswald A. Schlegel, Appellant, *v.* Chase National Bank of the City of New York, as Executor of Rose G. Stern, Deceased, Respondent, et al., Defendants.

Submitted May 17, 1954; decided May 27, 1954.

Motion for reargument and to amend the remittitur denied, with $10 costs. [See 306 N. Y. 965.]